# CASOS PER CURIAM RESUELTOS DURANTE EL AÑO DE 1912.

No. 727. Pérez et al. *v.* Hernández et al.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción de los apelantes desistiendo de la apelación. Resuelto en enero 8, 1912. Desistida la apelación por los apelantes. Abogado de los apelantes: *Sr. Carlos Franco Soto.* Abogado de los apelados: *Sres. Reichard y Reichard y Simón Largé.*

No. 728. Vélez *v.* Hernández et al.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción de los apelantes desistiendo de la apelación. Resuelto en enero 8, 1912. Desistida la apelación a instancia de los apelantes. Abogado de los apelantes: *Sr. Carlos Franco Soto.* Abogado de los apelados: *Sres. Reichard y Reichard y Simón Largé.*

No. 400. El Pueblo *v.* Huertas.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en enero 18, 1912. Confirmada la sentencia. La parte apelante no compareció. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 402. El Pueblo *v.* Hiraldo.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 18, 1912. Confirmada la sentencia. La parte apelante no compareció. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*